Official Form 1 (4/07)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): *Johnston John Charles* | Name of Joint Debtor (Spouse) (Last, First, Middle): *Johnston, Kelly Ann* |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) *1659* | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) *0137* |
| Street Address of Debtor (No. and Street, City, and State): *4285 Rosewood CT, Lake in The Hills, IL*  ZIP Code *60156* | Street Address of Joint Debtor (No. and Street, City, and State): *4285 Rosewood CT Lake in The Hills, IL*  ZIP Code *60156* |
| County of Residence or of the Principal Place of Business: *Mchenery CO* | County of Residence or of the Principal Place of Business: *Mchenery CO* |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor (Form of Organization) (Check one box) | Nature of Business (Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☒ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

Tax-Exempt Entity (Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☒ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☒ $50,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                   **FORM B1, Page 2**

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: | Case Number: <br> *06-71183* | Date Filed: <br> *7-10-06* |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ _____ <br>     Signature of Attorney for Debtor(s)         (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br> ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br> If this is a joint petition: <br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br><br> ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br><br> _____ <br> (Address of landlord) <br><br> ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)                                                                          **FORM B1, Page 3**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _John Johnson_
Signature of Debtor

X _Kelly Johnston_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Form B6D
(10/05)

In re    John C Johnston & Kelly Ann Johnston           ,          Case No. _____
                              Debtor                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." See 11 U.S.C §112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00000000008189060 <br><br> Litton Loan Servicing <br> 4828 Loop Central Dr <br> Houston, TX 77081 | | H | Lien: 1st Mortgage <br> Arrearage is $20,000.00 <br><br><br> VALUE $ 250,000.00 | | | | 153,964.00 | 0.00 |
| ACCOUNT NO. 15755000001 <br><br> Mchenry County Federal Credit Union <br> 327 E Jackson St. <br> Woodstock, IL 60098 | | H | Lien: personal loan <br> 2000 Ford Expedition <br><br><br> VALUE $ 3,000.00 | | | | 736.00 | 0.00 |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br><br> VALUE $ | | | | | | | | |

  0   continuation sheets attached

Subtotal ▶  | $ 154,700.00
(Total of this page)
Total ▶  | $ 154,700.00
(Use only on last page)
(Report total also on Summary of Schedules)

Bankruptcy 2006 ©1991-2006, New Hope Software Inc , ver 4.0.2-473 - 30643

Form B6E
(10/05)

In re John C Johnston & Kelly Ann Johnston                          , Case No. _____ _____
              Debtor                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Form B6E
(10/05)

In re    John C Johnston & Kelly Ann Johnston _____,         Case No ____ _____
                        Debtor                                                                (if known)

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy 2006 ©1991-2006, New Hope Software Inc - ver 4.0.2-673 - 30643

__0__    continuation sheets attached

Form B6F (10/05)

In re  John C Johnston & Kelly Ann Johnston ____,         Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. Proc. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AAMS<br>4800 Mills Civic Parkway<br>Suite 202<br>West Des Moines, IA 50265-5265 | | W | Consideration: Medical services<br>Collection for Centegra Health Systems | | | | Notice Only |
| ACCOUNT NO. 184841<br><br>Aams Llc<br>4800 Mills Civic Pkwy St<br>West Des Moines, IA 50265 | | H | 1. Closed<br>2. COLLECTION | | | | 284.00 |
| ACCOUNT NO. 188688<br><br>Aams Llc<br>4800 Mills Civic Pkwy St<br>West Des Moines, IA 50265 | | H | 1. Closed<br>2. COLLECTION | | | | 224.00 |
| ACCOUNT NO. 184843<br><br>Aams Llc<br>4800 Mills Civic Pkwy St<br>West Des Moines, IA 50265 | | H | 1. Closed<br>2. COLLECTION | | | | 160.00 |

_____18_____ continuation sheets attached

Subtotal ➤  $  668.00
(Total of this page)
Total ➤  $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc. ver. 4.0.2-673 - 31843

Form B6F - Cont.
(10/05)

In re  John C Johnston & Kelly Ann Johnston    ,        Case No. _____
                    Debtor                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  188687<br><br>Aams Llc<br>4800 Mills Civic Pkwy St<br>West Des Moines, IA 50265 | | H | 1. Closed<br>2. COLLECTION | | | | 112.00 |
| ACCOUNT NO.  184842<br><br>Aams Llc<br>4800 Mills Civic Pkwy St<br>West Des Moines, IA 50265 | | H | 1. Closed<br>2. COLLECTION | | | | 40.00 |
| ACCOUNT NO.<br><br>ACC International<br>919 Estes Court<br>Schaumburg, IL  60193-4427 | | H | Consideration: Medical services<br>Collection agency for Memorial Medical Center | | | | Notice Only |
| ACCOUNT NO.  2005818999<br><br>Afni, Inc.<br>PO Box 3427<br>Bloomington, IL 61702 | | H | 1. ACCOUNT INFORMATION DISPUTED BY CONSUMER<br>2. ACCOUNT IN DISPUTE<br>3. Closed<br>4. Disputed by Consumer<br>5. COLLECTION | | | | 1,423.00 |
| ACCOUNT NO.  21488000507493<br><br>Algonquin Area Library<br>2600 Harnish Drive<br>Algonquin, IL  60102 | | H | | | | | Notice Only |

Sheet no.  1  of  18  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 1,575.00
(Total of this page)

Total▶ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc. ver 4.0.2-473 - 30643

Form B6F - Cont.
(10/05)

In re  John C Johnston & Kelly Ann Johnston                ,          Case No. _____
                    Debtor                                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8835946 <br><br> Allied Interstate <br> 3000 Corporate Exchange Drive <br> Columbus, OH 43231 | | W | Collection for Sprint PCS | | | | 317.27 |
| ACCOUNT NO. 9801283122 <br><br> Amcore Bank <br> 501 Seventh Street <br> PO Box 1537 <br> Rockford, IL 61110-0037 | | H | Consideration: NSF checks | | | | 628.59 |
| ACCOUNT NO. <br><br> America Online <br> PO Box 30622 <br> Tampa, FL 33630-0622 | | H | | | | | Notice Only |
| ACCOUNT NO. 2010558030868168 <br><br> American General Finan <br> 2 Crystal Lake Plz Ste B <br> Crystal Lake, IL 60014 | | H | 1. Closed by Grantor <br> 2. Charge Off Date: 2006-03-02 <br> 3. CHARGE OFF | | | | 4,163.00 |
| ACCOUNT NO. 80341363 <br><br> Americollect <br> PO Box 1566 <br> Manitowoc, WI 54221-1566 | | J | Consideration: Medical services <br> Collection for Mercy Physician Services | | | | 324.17 |

Sheet no.  2  of  18  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ► (Total of this page) | $ | 5,433.03 |
| Total ► (Use only on last page of the completed Schedule F.) | $ | |

(Report total also on Summary of Schedules)

*Bankruptcy2006 ©1991-2006, New Hope Software, Inc. ver. 4.0.2-671 - 30643*

Form B6F - Cont.
(10/05)

In re  John C Johnston & Kelly Ann Johnston                    ,          Case No. _____
                              Debtor                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  80319466A<br><br>Americollect<br>Pob 1566 814 S. 8th St<br>Manitowoc, WI 54221 | | H | 1. COLLECTION | | | | 407.00 |
| ACCOUNT NO.  9022300<br><br>Americollect<br>Pob 1566 814 S. 8th St<br>Manitowoc, WI 54221 | | H | 1. COLLECTION | | | | 120.00 |
| ACCOUNT NO.  8052500<br><br>Americollect<br>Pob 1566 814 S. 8th St<br>Manitowoc, WI 54221 | | H | 1. COLLECTION | | | | 85.00 |
| ACCOUNT NO.  80319466<br><br>Americollect Inc<br>814 S 8th St<br>Manitowoc, WI 54220 | | H | 1. Closed<br>2. COLLECTION | | | | 653.00 |
| ACCOUNT NO.<br><br>Anna R. Flynn, MD<br>1701 E. Woodfield Road<br>Suite 1000<br>Schaumburg, IL  60173 | | J | Consideration: Medical services | | | | 98.00 |

Sheet no. 3  of 18  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ► (Total of this page)    $   1,363.00

Total ► (Use only on last page of the completed Schedule F.)    $

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-673  - 18645

Form B6F - Cont.
(10/05)

In re  John C Johnston & Kelly Ann Johnston            ,      Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1001252145<br><br>Armor Systems Co<br>2322 N Greenbay Rd<br>Waukegan, IL 60087 | | H | 1. Closed<br>2. COLLECTION | | | | 99.00 |
| ACCOUNT NO.  1001252201<br><br>Armor Systems Co<br>2322 N Greenbay Rd<br>Waukegan, IL 60087 | | H | 1. Closed<br>2. COLLECTION | | | | 95.00 |
| ACCOUNT NO.  12286484<br><br>Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090-2036 | | W | Consideration: Credit card debt | | | | 2,066.07 |
| ACCOUNT NO.  1133008<br><br>Associated Collectors, Inc.<br>PO Box 1039<br>Janesville, WI 53547-1039 | | H | Consideration: Medical services | | | | 380.60 |
| ACCOUNT NO  6537725<br><br>Calvary Portfolio/collection<br>7 Skyline Drive 3rd Floor<br>Hawthorne, NY 10532 | | H | 1. Closed<br>2. COLLECTION | | | | 792.00 |

Sheet no. __4__ of __18__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ► (Total of this page) | $  3,432.67 |
| Total ► (Use only on last page of the completed Schedule F.) | $ |

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc. ver 4.0.1-673 - 30643

Form B6F - Cont.
(10/05)

In re   John C Johnston & Kelly Ann Johnston          ,          Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9030337<br><br>Calvary Portfolio/collection<br>7 Skyline Drive 3rd Floor<br>Hawthorne, NY 10532 | | H | 1. Closed<br>2. COLLECTION | | | | 175.00 |
| ACCOUNT NO.  4028<br><br>Card Service Center<br>PO BOx 9201<br>Old Bethpage, NY  11804 | | | | | | | Notice Only |
| ACCOUNT NO. 3GI42915<br><br>CBCS<br>PO Box 69<br>Columbus, OH  43216 | | H | Collection for MCI | | | | 74.92 |
| ACCOUNT NO.  various<br><br>Centegra Health System<br>PO Box 1990<br>Woodstock, IL  60098-1990 | | H | Consideration: Medical services | | | | 708.00 |
| ACCOUNT NO.  4479728<br><br>Central DuPage<br>25 W. Winfield Road<br>Winfield, IL  60190 | | J | Consideration: Medical services | | | | 221.55 |

Sheet no. _5_ of 18  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $  1,179.47
(Total of this page)
Total ▶  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver 4 0 1a-73 - 30643

Form B6F - Cont.
(10/05)

In re  John C Johnston & Kelly Ann Johnston          ,          Case No. _____
                        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Codilis & Associates, PC <br>15W030 N. Frontage Road <br>Suite 100 <br>Burr Ridge, IL 60527 | | J | | | | | Notice Only |
| ACCOUNT NO. 500547 <br><br>Comp Crdt Sr <br>5340 N Clark St <br>Chicago, IL 60640 | | H | 1. ACCOUNT INFORMATION DISPUTED BY CONSUMER <br>2. COLLECTION | | | | 1,324.00 |
| ACCOUNT NO. 1697768 <br><br>Creditors Collection Bureau, Inc. <br>PO Box 1210 <br>Oaks, PA 19456 | | W | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO. <br><br>Dental Care of Algonquin <br>285 Stonegate Road <br>Algonquin, IL 60102 | | W | Consideration: Medical services | | | | 116.60 |
| ACCOUNT NO. 436098584739 <br><br>Dependon Collection Se <br>7627 W Lake St 210 <br>River Forest, IL 60305 | | H | 1. Closed <br>2. COLLECTION | | | | 64.00 |

Sheet no. **6** of **18** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $    1,504.60
(Total of this page)

Total ▶ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc. - ver. 4.0.2-673 - 20641

Form B6F - Cont.
(10/05)

In re   <u>John C Johnston & Kelly Ann Johnston</u>  ,          Case No. <u>                 </u>
                 Debtor                                                 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dept. of Financial and Professional Reg.<br>Division of Professional Regulation<br>PO Box 7086<br>Springfield, IL 62791-7086 | | W | | | | | Notice Only |
| ACCOUNT NO. 3457801371<br>Direct Loans<br>US Dept. of Education<br>PO Box 5609<br>Greenville, TX 75403-5609 | | W | Consideration: Personal loan | | | | 7,147.74 |
| ACCOUNT NO. 05450018716662<br>Emergency Care Group of Illinois<br>PO Box 1485<br>Elgin, IL 60121-1485 | | H | Consideration: Medical services | | | | 82.00 |
| ACCOUNT NO. 71104922<br>FBCS<br>841 E. Hunting Park<br>Philadelphia, PA 19124-4824 | | H | Collection for Merrick Bank | | | | 2,461.97 |
| ACCOUNT NO. 5206700<br>First Revenue Assurance<br>PO Box 3020<br>Alburquerque, NM 87110 | | W | Collection for T-Mobile | | | | Notice Only |

Sheet no. __7__ of __18__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal ▶    $    9,691.71
                          (Total of this page)
                                          Total ▶    $
        (Use only on last page of the completed Schedule F.)

                                   (Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.02-471 - 30643

Form B6F - Cont.
(10/05)

In re   John C Johnston & Kelly Ann Johnston              ,        Case No. _____
                      **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  36624313961<br><br>Gmac<br>Po Box 217060<br>Auburn Hills, MI 48321 | | H | 1. Closed by Grantor<br>2. Charge Off Date: 2001-10-01<br>3. CHARGE OFF | | | | 8,284.00 |
| ACCOUNT NO.  46207<br><br>Greater Elgin Emergency Specialist<br>PO Box 88335<br>Dept. 2045<br>Carol Stream, IL 60188 | | W | Consideration: Medical services | | | | 467.00 |
| ACCOUNT NO.  5489555116834617<br><br>Hsbc Nv<br>Po Box 19360<br>Portland, OR 97280 | | H | 1. CURRENT | | | | 183.00 |
| ACCOUNT NO.  P267299<br><br>Illinois Bone and Joint Institute<br>135 S. La Salle<br>Dept. 1052<br>Chicago, IL 60674 | | H | Consideration: Medical services | | | | 10.00 |
| ACCOUNT NO.  001643258<br><br>JC Christensen and Assoc.<br>PO Box 519<br>Sauk Rapids, MN 56379 | | W | | | | | Notice Only |

Sheet no. __8__ of __18__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $        8,944.00
(Total of this page)

Total▶  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc. - ver. 4.C.2-673 - 30643

Form B6F - Cont.
(10/05)

In re  John C Johnston & Kelly Ann Johnston                   ,          Case No. _____
_____                                    (if known)
                        Debtor

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  29982<br><br>Jeana Altman, MC<br>1701 E. Woodfield Road<br>Suite 1000<br>Schaumburg, IL 60173-5113 | | J | Consideration: Medical services<br>Medical services for daughter | | | | 270.50 |
| ACCOUNT NO.  1012808125026<br><br>Kansas Counselors Inc<br>1421 N Saint Paul St<br>Wichita, KS 67203 | | H | 1. Closed<br>2. COLLECTION | | | | 1,270.00 |
| ACCOUNT NO.  368880<br><br>Kca Finl<br>628 North Street Pob 53<br>Geneva, IL 60134 | | H | 1. Closed<br>2. Charge Off Date: 2006-03<br>3. CHARGE OFF | | | | 270.00 |
| ACCOUNT NO.  352307<br><br>Kca Finl<br>628 North Street Pob 53<br>Geneva, IL 60134 | | H | 1. Closed<br>2. Charge Off Date: 2006-03<br>3. CHARGE OFF | | | | 139.00 |
| ACCOUNT NO.  0001643258<br><br>KeyBank National Association<br>601 Oakmont Lane<br>Suite 110<br>Westmont, IL  60559-5534 | | H | | | | | 12,233.05 |

Sheet no.  9   of  18   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $   14,182.55
(Total of this page)
Total ▶   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-673 - 30043

Form B6F - Cont.
(10/05)

In re    John C Johnston & Kelly Ann Johnston            ,          Case No. _____
                          Debtor                                                        (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  007552 <br> Langefeld, Czapla & Assoc. <br> 4680 W. Algonquin Road <br> Lake In the Hills, IL  60156 | | H | Consideration: Medical services | | | | 542.80 |
| ACCOUNT NO. <br> Life Recovery <br> PO Box 717 <br> Algonquin, IL  60102 | | W | Consideration: Medical services | | | | 42.20 |
| ACCOUNT NO.  1369A <br> Local 701 IBEW CU <br> Suite 1020 <br> 28600 Bella Vista Parkway <br> Warrenville, IL  60555 | | H | | | | | 2,743.34 |
| ACCOUNT NO.  3GI4 <br> Lvnv Funding <br> P.o. B   10584 <br> Greenville, SC 29603 | | H | 1. COLLECTION | | | | 74.00 |
| ACCOUNT NO.  MHR3693495-77 <br> McHenry County State's Attorney <br> 60 W. Terra Cotta #B <br> Crystal Lake, IL  60014-3536 | | | Consideration: NSF checks | | | | Notice Only |

Sheet no.  10  of  18  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ (Total of this page) | $ | 3,402.34
Total ▶ (Use only on last page of the completed Schedule F.) | $ |

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-673  -  10643

Form B6F - Cont.
(10/05)

In re   <u>John C Johnston & Kelly Ann Johnston</u> ,     Case No. <u>            </u>
           Debtor                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 06 SC 1175<br><br>McMahan & Sigunick, Ltd.<br>216 W. Jackson Blvd.<br>Suite 900<br>Chicago, IL 60606 | | | Collection for Assest Acceptance | | | | Notice Only |
| ACCOUNT NO. 4479728001<br><br>Medical Accounting Services<br>PO Box 4698<br>Carol Stream, IL 60197-4698 | | J | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO. B0331700229<br><br>Medical Recovery Specialists, Inc.<br>2200 E. Devon<br>Suite 288<br>Des Plaines, IL 60018 | | H | Consideration: Medical services<br>Collection for Centegra | | | | Notice Only |
| ACCOUNT NO. 80341363<br><br>MHS Physician<br>PO Box 5081<br>Janesville, WI 53547-5081 | | J | Consideration: Medical services | | | | 2,380.09 |
| ACCOUNT NO. MNI904078001024<br><br>Moraine ER Physicians<br>PO Box 8759<br>Philadelphia, PA 19101-8759 | | W | Consideration: Medical services | | | | 254.00 |

Sheet no. <u>11</u> of <u>18</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal➤    $    2,634.09
               (Total of this page)
                             Total➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc. - ver. 4.0.2-671 - 30643

Form B6F - Cont.
(10/05)

In re   John C Johnston & Kelly Ann Johnston                  ,          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5847300<br><br>Mrsi<br>2250 E Devon Ave Ste 352<br>Des Plaines, IL 60018 | | H | 1. Closed<br>2. COLLECTION | | | | 708.00 |
| ACCOUNT NO.  6092301<br><br>MRSI<br>2250 E. Devon<br>Suite 352<br>Des Plaines, IL  60018 | | J | Consideration: Medical services<br>Collection for daughter | | | | 67.52 |
| ACCOUNT NO.  AT&T<br><br>NCO Financial<br>PO Box 41457<br>Philadelphia, PA  19101-1457 | | H | | | | | 175.13 |
| ACCOUNT NO.  649177808<br><br>Nco Financial Svcs<br>Po Box 41466<br>Philadelphia, PA 19101 | | H | 1. Closed<br>2. COLLECTION | | | | 390.00 |
| ACCOUNT NO.  649177810<br><br>Nco Financial Svcs<br>Po Box 41466<br>Philadelphia, PA 19101 | | H | 1. Closed<br>2. COLLECTION | | | | 169.00 |

Sheet no.  12  of  18   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤     $ | 1,509.65
(Total of this page)

Total➤     $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-673 - 30643

Form B6F - Cont.
(10/05)

In re   John C Johnston & Kelly Ann Johnston                    ,          Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 668263976<br><br>Nco Financial Systems<br>Pob 41466<br>Philadelphia, PA 19101 | | H | 1. Closed<br>2. COLLECTION | | | | 77.00 |
| ACCOUNT NO. 3088273013<br><br>Northwest Collectors<br>3601 Algonquin Rd Ste 23<br>Rolling Meadows, IL 60008 | | H | 1. Closed<br>2. COLLECTION | | | | 409.00 |
| ACCOUNT NO.<br><br>Northwest Collectors<br>3601 Algonquin Road<br>Suite 232<br>Rolling Meadows, IL 60008-3104 | | J | Collection for PRA Behavoral LLC | | | | Notice Only |
| ACCOUNT NO. A10071641<br><br>Northwest Eye Physicians<br>1588 N. Arlington Heights Road<br>Arlington Heights, IL 60004 | | W | Consideration: Medical services | | | | 215.00 |
| ACCOUNT NO.<br><br>OSI<br>PO Box 964<br>Brookfield, WI 53008-0964 | | H | Consideration: Medical services<br>Collection for Moraine ER Physicians | | | | Notice Only |

Sheet no. 13 of 18 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal▶ | $ | 701.00 |
|---|---|---|---|
| (Total of this page) | | | |
| (Use only on last page of the completed Schedule F.) | Total▶ | $ | |

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-673 - 10643

Form B6F - Cont.
(10/05)

In re    John C Johnston & Kelly Ann Johnston                    ,          Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5734436<br><br>Osi Collection Service<br>1375 E Woodfield Rd Ste<br>Schaumburg, IL 60173 | | H | 1. Closed<br>2. COLLECTION | | | | 115.00 |
| ACCOUNT NO.  5734437<br><br>Osi Collection Service<br>1375 E Woodfield Rd Ste<br>Schaumburg, IL 60173 | | H | 1. Closed<br>2. COLLECTION | | | | 111.00 |
| ACCOUNT NO.  5734438<br><br>Osi Collection Service<br>1375 E Woodfield Rd Ste<br>Schaumburg, IL 60173 | | H | 1. Closed<br>2. COLLECTION | | | | 109.00 |
| ACCOUNT NO.  5480161<br><br>Osi Collection Service<br>1375 E Woodfield Rd Ste<br>Schaumburg, IL 60173 | | H | 1. Closed<br>2. COLLECTION | | | | 107.00 |
| ACCOUNT NO.  5365197<br><br>Osi Collection Service<br>4165 E Thousand Oaks,ste<br>Westlake Village, CA 91362 | | H | 1. Closed<br>2. COLLECTION | | | | 390.00 |

Sheet no.  14  of  18   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $ | 832.00
(Total of this page)
Total➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006  New Hope Software, Inc . ver 4 0 1-475  - 30643

Form B6F - Cont.
(10/05)

In re    John C Johnston & Kelly Ann Johnston                    ,          Case No. _____
                         **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5365187<br><br>Osi Collection Service<br>4165 E Thousand Oaks, ste<br>Westlake Village, CA 91362 | | H | 1. Closed<br>2. COLLECTION | | | | 169.00 |
| ACCOUNT NO. 5474186<br><br>Osi Collection Service<br>4165 E Thousand Oaks, ste<br>Westlake Village, CA 91362 | | H | 1. Closed<br>2. COLLECTION | | | | 20.00 |
| ACCOUNT NO<br><br>Pellettieri & Assoc.<br>991 Oak Creek Drive<br>Lombard, IL 60148-6408 | | J | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO. KW1311<br><br>PFG of Minnesota<br>7825 Washington Ave.<br>Suite 410<br>Minneapolis, MN 55439-2409 | | W | | | | | 254.00 |
| ACCOUNT NO. 5189131012354028<br><br>Presidio/cm<br>101 Crossway Park West<br>Woodberry, NY 11797 | | H | Consideration: Credit card debt | | | | 2,461.00 |

Sheet no. 15 of 18 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $ 2,904.00
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-673 - 30643

Form B6F - Cont.
(10/05)

In re   John C Johnston & Kelly Ann Johnston              ,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1144053814<br><br>Professional Collection Serv<br>103 N Chicago Pob 76<br>Freeport, IL 61032 | | H | 1. COLLECTION | | | | 84.00 |
| ACCOUNT NO. DB0057923209<br><br>Provena St. Joseph Hospital<br>75 Remittance Drive<br>Suite 1174<br>Chicago, IL 60675-1174 | | J | Consideration: Medical services | | | | 170.19 |
| ACCOUNT NO. 19393<br><br>Rmi/mcsi<br>3348 Ridge Rd<br>Lansing, IL 60438 | | H | 1. COLLECTION | | | | 250.00 |
| ACCOUNT NO. 3GI42915<br><br>Sherman Acquisitions<br>Po Box 740281<br>Houston, TX 77274 | | H | 1. Closed<br>2. COLLECTION | | | | 74.00 |
| ACCOUNT NO. 82108843<br><br>Sherman Hospital<br>934 Center Street<br>Elgin, IL 60120-2198 | | W | Consideration: Medical services | | | | 231.10 |

Sheet no. 16 of 18 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal▶<br>(Total of this page) | $ 809.29 |
| Total▶<br>(Use only on last page of the completed Schedule F.) | $ |

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc., ver. 4.2.2-671   - 30543

Form B6F - Cont.
(10/05)

In re  John C Johnston & Kelly Ann Johnston _____ ,   Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  01639606501 <br><br> Sprint <br> PO Box 219554 <br> Kansas City, MO  64121-9554 | | W | | | | | 135.30 |
| ACCOUNT NO.  275625788 <br><br> Superior Asset, Inc. <br> PO Box 20939 <br> Ferndale, MI  48220 | | H | Collection for T-Mobile | | | | 354.07 |
| ACCOUNT NO.  T0971-00122 <br><br> TFC Credit Corporation <br> PO BOx 579 <br> San Ramon, CA  94583-0579 | | W | | | | | 530.32 |
| ACCOUNT NO.  01473-0008796343 <br><br> Transworld Systems <br> 25 Northwest Point Blvd. <br> Suite 750 <br> Elk Grove, IL  60007 | | W | Collection for Harris Bank | | | | Notice Only |
| ACCOUNT NO. 214880000507493 <br><br> Unique National Collections <br> 119 E. Maple Street <br> Jeffersonville, IN  47130 | | H | Overdue library books | | | | 80.94 |

Sheet no.  17  of 18  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  | $ | 1,100.63
(Total of this page)
Total ▶  | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy 2006 ©1991-2006, New Hope Software, Inc., ver. 4.0.2-675  - 18643

Form B6F - Cont.
(10/05)

In re  John C Johnston & Kelly Ann Johnston                ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Wright International Student Services 6405 Metcalf Ave. Suite 504 Shawnee Mission, KS  66202-9976 | | W | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no.  18  of  18  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▶ (Total of this page) | $ | 0.00 |
| Total ▶ (Use only on last page of the completed Schedule F.) | $ | 61,867.03 |

(Report total also on Summary of Schedules)

Bankruptcy2006 ©1991-2006, New Hope Software, Inc. - ver. 4.0.2-673 - 18643